In the Matter of ANNA HOMMEL, as Executrix of OSCAR HOMMEL, Deceased, Respondent, against TOWN OF SAUGERTIES, Appellant.

Argued May 17, 1938; decided May 31, 1938.

*F. A. W. Ireland* for appellant.

*Seth T. Cole* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.